*13-12-224-CW*

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-0377

| CITY OF BROWNSVILLE, TEXAS | § | |
|---|---|---|
| v. | § | |
| MARCO LONGORIA AND THE | § | Cameron County, |
| BROWNSVILLE FIRE FIGHTERS' | § | |
| ASSOCIATION | § | 13th District. |
| | § | |
| | § | |

January 30, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

May 1, 2015

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, CITY OF BROWNSVILLE, TEXAS, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 4th day of May, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk